973 A.2d 409

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Reynard GREGORY, Petitioner.**

Supreme Court of Pennsylvania.

May 27, 2009.

378

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Petition for Allowance of Appeal is hereby **DENIED.**

Justice GREENSPAN did not participate in consideration or decision of this matter.